SARAH REESE v. O. TEAGARDEN ET AL.

Where the defendant is sued upon a negotiable note, he cannot plead in re-
convention, and recover against the holder the balance of an open account
against the original payee of the note, even though he detained it after it
became due. "Discounts against the assignor" do not mean that the
assignee is liable for any balance over and above the amount of the note.
(Paschal's Dig., Art. 221, Note 284.)

ERROR from Trinity. The case was tried before Hon.
SAMUEL A. WILSON, one of the district judges.

The plaintiff declared upon a note payable to George
Reese or bearer. The defendant, Teagarden, pleaded that
Chandler, the joint promisor, was only security on the note,
and that Reese, the original payee, was largely indebted to
him, Teagarden, on an account which he exhibited: "Geo.
Reese, in account with O. Teagarden." This account he
pleaded in reconvention, charging that the plaintiff received
the note, as heir of her father, after its maturity and with
knowledge of the offsets. There was no statement of facts.
But the court, in the charge, treated Sarah Reese as though
she had been George Reese.

No briefs have been furnished to the *Reporter*.

MORRILL, C. J.—Plaintiff sued defendants upon a note for
$172 00 and interest, and attached property of defendants.
Defendants pleaded that plaintiff obtained the note after it
became due, and that the payee and assignor of the note
was indebted to them in the sum of say $500, and recon-
vened, asking damages for the attachment wrongfully sued
out.

The jury found for the defendants $290 62 and $10 dam-
ages.

The judge charged the jury that if the payee of the note
was indebted to defendant by account, and that the note

came into the hands of the plaintiff after the maturity of the note, then they would allow the defendant whatever amount he had proved to be due him on account.

The charge was erroneous, and this erroneous charge caused a verdict equally erroneous.

The error of the charge is so apparent, that anything we can add will not make it appear more apparent.

REVERSED AND REMANDED.